IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD WORMLY,

    Plaintiff,                    No. CIV S-03-2404 MCE CMK P

    vs.

A. NORIEGA, et al.,

    Defendants.

_____/      <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is defendants' July 24, 2006, request to be relieved of the requirement to file a pre-trial conference statement. In support of their request, defendants note that plaintiff failed to file a pre-trial statement and that plaintiff appears to have stopped prosecuting this action. Good cause appearing, the court relieves defendants from having to file a pre-trial statement, and vacates the jury trial set for October 25, 2006.

        The court notes that on September 10, 2004, plaintiff lodged a notice of voluntary dismissal. The court will grant plaintiff's motion for a voluntary dismissal unless either plaintiff or defendants show cause, in writing, within ten days of the date that this order is signed, why voluntary dismissal is not appropriate.

IT IS ORDERED THAT:

1. Defendants are relieved of the requirement to file a pre-trial statement.

2. The trial set for October 25, 2006 is vacated.

3. Plaintiff or defendant must show cause, in writing, within ten days from the date of this order, if they object to the court granting plaintiff's motion for voluntary dismissal.

DATED: July 25, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26